# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **MICHAEL MCDONALD,** | : | **PRISONER CIVIL RIGHTS** |
| Plaintiff, | : | **42 U.S.C. § 1983** |
| | : | |
| v. | : | |
| | : | |
| **UNNAMED,** | : | **CIVIL ACTION NO.** |
| Defendant. | : | **1:14-CV-2439-WSD-AJB** |

## UNITED STATES MAGISTRATE JUDGE'S
## FINAL REPORT AND RECOMMENDATION

Plaintiff, Michael McDonald, confined in the El Dorado Correctional Facility in El Dorado, Kansas, has submitted a letter, which the Clerk has docketed as a civil rights action pursuant to 42 U.S.C. § 1983. [Doc. 1.] Plaintiff has not paid a filing fee for this case or sought leave to proceed *in forma pauperis*.

Plaintiff asks this Court for assistance with his criminal case in Georgia state court. [*Id.* at 3.] However, this Court is a federal court, and it does not provide legal assistance or advice to litigants. Plaintiff should contact an attorney or the appropriate Georgia state court. Because it appears that Plaintiff does not intend to commence a case in this Court, this action should be administratively closed.

For the reasons stated above, **IT IS RECOMMENDED** that this action be **ADMINISTRATIVELY CLOSED**.

AO 72A
(Rev.8/82)

The Clerk is **DIRECTED** to terminate the reference to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this   11th   day of August, 2014.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)